✓ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona

GLENN B. McCORMICK
Arizona State Bar No. 013288
Email: glenn.mccormick@usdoj.gov
ALANNA KENNEDY
Arizona State Bar No. 034257
Email: Alanna.Kennedy@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

**REDACTED FOR
PUBLIC DISCLOSURE**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Carlos Abraham Uriarte-Oropeza,<br><br>Defendant. | No.   CR-22-1588-PHX-DJH (JZB)<br><br>**INDICTMENT**<br><br>VIO:   18 U.S.C. §§ 371 and 924(a)(1)(A)<br>(Conspiracy to Make False Statements in Acquisition of Firearms)<br>Count 1<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statements in Acquisition of Firearms)<br>Counts 2-4<br><br>Title 18 U.S.C. §§ 924(d) and 981, Title 21, U.S.C. § 853, and Title 28, U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

At all times material to this indictment, within the District of Arizona and elsewhere:

### INTRODUCTION

1.     Federal Firearms Licensee (FFL) JAJ was a business licensed under the provisions of Chapter 44 of Title 18, United States Code. As such, the provisions of Chapter 44 of Title 18 required FFL JAJ to maintain certain records of firearms

transactions, including Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473, Firearms Transaction Record. Form 4473 requires a firearms purchaser truthfully to provide certain information, including whether the person making the purchase is the true purchaser of the firearm and a current residence address.

## COUNT 1

2.    The allegations in Introduction paragraph 1 are incorporated as though fully set forth herein.

3.    Beginning on or before December 12, 2017, and continuing to on or about December 22, 2017, in the District of Arizona and elsewhere, CARLOS ABRAHAM URIARTE-OROPEZA, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the grand jury, to knowingly make false statements and representations on ATF Form 4473 in connection with the purchase of firearms from FFLs, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFLs, in that the defendant represented that he was the true purchaser of the firearms, when in truth and in fact, he was buying the firearms on behalf of others, and provided a false address, in violation of Title 18, United States Code, Sections 924(a)(1)(A).

4.    All in violation of Title 18, United States Code, Section 371.

Overt Acts

5.    In furtherance of the conspiracy, and to effect the objects of the conspiracy, the defendant and others performed and caused to be performed, among others, the following overt acts:

6.    Between December 12, 2017, and December 22, 2017, CARLOS ABRAHAM URIARTE-OROPEZA purchased three firearms, each on a different occasion, from FFL JAJ, and during the course of those purchases falsely represented on

- 2 -

forms 4473 that he was the actual purchaser of the firearms and provided a false address, as charged in Counts 2-4 below.

7. On or about December 12, 2017, CARLOS ABRAHAM URIARTE-OROPEZA was taken to FFL JAJ by another person known to the grand jury, for the express purpose to purchase a firearm for others using false information on form 4473, as charged in Count 2 below.

8. On or about December 16, 2017, CARLOS ABRAHAM URIARTE-OROPEZA, was taken to FFL JAJ by another person known to the grand jury, for the express purpose to purchase a firearm for others using false information on form 4473, as charged in Count 3 below.

9. On or about December 22, 2017, CARLOS ABRAHAM URIARTE-OROPEZA, was taken to FFL JAJ by another person known to the grand jury, for the express purpose to purchase a firearm for others using false information on form 4473, as charged in Count 4 below.

## **COUNTS 2-4**

10. The allegations in Introduction paragraph 1 are incorporated as though fully set forth herein.

11. On or about the dates set forth in each count below, in the District of Arizona, the defendant, CARLOS ABRAHAM URIARTE-OROPEZA, knowingly made false statements and representation to the FFL listed in each count below, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of FFL JAJ, in that the defendant represented that he was the true purchaser of the firearms listed below, when in truth and in fact, he was buying the firearms on behalf of others, and provided a false address.

///

///

- 3 -

| Count | Date | FFL | Firearm(s) |
|-------|------|-----|------------|
| 2 | December 12, 2017 | JAJ | Colt .223/5.56 Serial Number LE578145 |
| 3 | December 16, 2017 | JAJ | Colt .223/5.56 Serial Number LE578133 |
| 4 | December 22, 2017 | JAJ | Colt .223/5.56 Serial Number LE574469 |

12.   In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

13.   The Grand Jury realleges and incorporates the allegations of Counts 1 through 4 of this indictment, which are incorporated by reference as though fully set forth herein.

14.   Pursuant to Title 18 United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 4 of this indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

15.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence,

(b) has been transferred or sold to, or deposited with, a third party,

(c) has been placed beyond the jurisdiction of the court,

(d) has been substantially diminished in value, or

(e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title

- 4 -

21, United States Code, Section 853(p).

16.    All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  December 6, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona


/S/
GLENN B. McCORMICK
ALANNA R. KENNEDY
Assistant U.S. Attorneys

- 5 -