GARY M. RESTAINO
United States Attorney
District of Arizona

GLENN B. McCORMICK
Arizona State Bar No. 013288
Email: glenn.mccormick@usdoj.gov
ALANNA KENNEDY
Arizona State Bar No. 034257
Email: Alanna.Kennedy@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

☒ FILED ☐ LODGED

**Dec 07 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-1588-PHX-DJH |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | |
| Carlos Abraham Uriarte-Oropeza, | |
| Defendant. | |

Pursuant to Local Rule 5.1, the United States of America, by and through its attorneys undersigned, hereby gives notice to the court that this case is directly related to other pending criminal cases to wit: United States v. Jaime Gaxiola, Jr., a.k.a. "Pepe El Toro," et al, CR-22-01145-PHX-DJH (JZB), United States v. Ulysses Estrada, et al, CR-22-01049-PHX-DJH, United States v. Luis Anthony Corral-Rivera, CR-22-01144-PHX-

///

///

///

SPL, United States v. Isai Sandoval-Rivera, CR-22-1143-PHX-DJH, and United States v. Christian Jose Hernandez, CR-22-1594-PHX-DJH (DMF).

Respectfully submitted this 7th day of December, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/Glenn B. McCormick
GLENN B. MCCORMICK
ALANNA KENNEDY
Assistant U.S. Attorneys